AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
| --- | --- | --- |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Maine, Bangor Division___ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1-26-cv-00375-JAW | DATE FILED<br>July 22, 2026 | U.S. DISTRICT COURT<br>for the District of Maine, Bangor Division |
| --- | --- | --- |
| PLAINTIFF<br>ABC IP, LLC, A Delaware Limited Liability Company, Rare Breed Triggers, Inc., A Texas Corporation, and RBTM LLC, a Wyoming Limited Liability Company | | DEFENDANT<br>AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja, William Barnet, an individual, and Chad Garceau, an individual |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- | --- |
| 1 | US 12,636,403 B2 | 5/26/2026 | ABC IP, LLC |
| 2 | US 12,578,159 B2 | 3/17/2026 | ABC IP, LLC |
| 3 | US 12,529,538 B2 | 1/20/2026 | ABC IP, LLC |
| 4 | US 12,031,784 B1 | 7/9/2024 | ABC IP, LLC |
| 5 | US 12,038,247 B2 | 7/16/2024 | ABC IP, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
| --- | --- | --- | --- |
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| |

Date and time issued: ___4:17 pm, Jul 22 2026___

City and state: ___PORTLAND, MAINE___

Clerk of Court Signature

Jennifer Lyons, Clerk of Court
Printed name and title