AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Maine, Bangor Division** on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-00375-JAW | DATE FILED | U.S. DISTRICT COURT<br>for the District of Maine, Bangor Division |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| ABC IP, LLC, A Delaware Limited Liability Company, Rare Breed Triggers, Inc., A Texas Corporation, and RBTM LLC, a Wyoming Limited Liability Company | AESIR LLC, a Maine limited liability company, d/b/a Reset Ninja, William Barnet, an individual, and Chad Garceau, an individual |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | FRT | 3/24/2026 | RBTM LLC |
| 2 | FRT-15 | 3/21/2023 | RBTM LLC |
| 3 | FRT-22 | 4/28/2026 | RBTM LLC |
| 4 | FRT-47 | 4/28/2026 | RBTM LLC |
| 5 | FRT-15L3 | 4/21/2026 | RBTM LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|

Date and time issued: _____4:16 pm, Jul 22 2026_____     _____
Clerk of Court Signature

City and state: _____PORTLAND, MAINE_____     **Jennifer Lyons, Clerk of Court**
Printed name and title